IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:12-cv-00351

| ECLIPSE IP LLC, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | NOTICE OF VOLUNTARY |
| v. | ) | DISMISSAL |
| | ) | |
| BRICKHOUSE ELECTRONICS, LLC d/b/a BRICKHOUSE SECURITY, | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Eclipse IP LLC hereby voluntarily dismisses all claims brought in the above-captioned action as to all Defendants, with prejudice, and with each party to bear his or its own costs and expenses.

This 19th day of December, 2012.

STEWART LAW OFFICES

/s/ Beau Wilder
_____
Beau Wilder
Post Office Box 670
Rock Hill, SC 29731
Phone: (704) 868-5800
Fax: (803)328-5600
beau@stewartlawoffices.net
NC Bar # 38934
Attorney for Plaintiff